1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THOMAS JOHN HEILMAN, et al.,

11              Plaintiffs,                    No. CIV S-11-1907 EFB P

12        vs.

13   G.A. THUMSER, et al.,

14              Defendants.                    <u>ORDER</u>

15   _____/

16        Plaintiff Thomas Heilman is a state prisoner proceeding without counsel and in forma

17   pauperis in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court

18   by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

19        Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28

20   U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of

21   (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance

22   in plaintiff's account for the six-month period immediately preceding the filing of the complaint.

23   28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the

24   preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

25   ////

26   ////

1

1    The agency having custody of plaintiff is required to forward to the Clerk of the Court

2  the initial partial filing fee, if funds exist, as well as payments from plaintiff Thomas Heilman's

3  account each time the amount in the account exceeds $10, until the filing fee is paid.  *Id.*

4    The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma

5  pauperis application upon the Director of the California Department of Corrections and

6  Rehabilitation and deliver a copy of this order to the Clerk's financial division.

7    So ordered.

8  Dated:   November 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2