IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**THOMAS JOHN HEILMAN,**

Plaintiff,

v.

**G.A. THUMSER, et al.,**

Defendants.

Case No. 2:11-cv-01907-LKK-EFB (PC)

[~~PROPOSED~~] ORDER

Defendants' request to conduct Plaintiff's deposition via video conference (ECF No. 60) is GRANTED.  Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video conferencing equipment if it is not already available.

Dated:  November 13, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (2:11-cv-01907-LKK-EFB (PC))