UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G.A. THUMSER, et al.,<br><br>　　　　　Defendants. | No. 2:11-cv-1907-LKK-EFB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests that defendants provide him with a copy of his deposition transcript. ECF No. 94. The court notes that defendants lodged a copy of the deposition transcript with the court in accordance with Local Rule 133(j). ECF No. 96. In accordance with Local Rule 135(d), defendants shall also serve a copy of the deposition transcript upon plaintiff. *See* E.D. Cal. Local Rule 135(d) Service Upon All Parties ("copies of all documents submitted to the Court shall be served upon all parties to the action").

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's "motion to compel" defendants to serve him with a copy of his deposition transcript (ECF No. 94) is granted. Defendants shall promptly serve plaintiff with a copy of the transcript and file proof of service of same.

DATED: April 7, 2014.

　　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE