UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN, | No. 2:11-cv-1907-LKK-EFB P |
| Plaintiff, | |
| v. | ORDER |
| G.A. THUMSER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On January 8, 2014, the magistrate judge issued an order denying plaintiff's motion for the U.S. Marshal to serve a subpoena duces tecum. ECF No. 74. Plaintiff seeks reconsideration of that order. ECF No. 82.[1]

Local Rule 303(f) provides that magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 8, 2014, is affirmed and the Clerk of the Court shall terminate

---

[1] To the extent that plaintiff's motion for reconsideration seeks additional relief related to discovery matters that are not the subject of the January 8, 2014 order, it is not properly before this court.

docket number 82.

DATED: April 11, 2014.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2