UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>G.A. THUMSER, et al.,<br><br>    Defendants. | No. 2:11-cv-1907-MCE-EFB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 4, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 4, 2014 (ECF No. 115), are ADOPTED in full;

1

2. Plaintiff's motion for summary judgment (ECF No. 98) is DENIED;

3. Defendants' motion for summary judgment (ECF No. 95) is DENIED as to the Eighth Amendment claim but GRANTED as to the First Amendment retaliation claim against defendants Coyle and Tapiz;

4. Defendant Cate is DISMISSED from this action; and

5. This action proceeds solely as to plaintiff's Eighth Amendment claim against Coyle, Dickinson, Duncan, Tapiz, Thumser, and Van Heerde.

IT IS SO ORDERED.

Dated:  January 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT