UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,                       No. 2:11-cv-1907-MCE-EFB P

    Plaintiff,

  v.

G.A. THUMSER, et al.,
                                           AMENDED ORDER & WRIT OF HABEAS
    Defendants.                  CORPUS AD TESTIFICANDUM

        Thomas John Heilman, CDCR # H-76785, a necessary and material witness in a settlement conference in this case on June 4, 2015, is confined in California Men's Colony (CMC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, to appear by video-conferencing at the California Men's Colony, on Thursday, June 4, 2015 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference by video-conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The writ issued on April 3, 2015 to provide for plaintiff's personal appearance at the settlement conference (ECF No. 123) is vacated.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CMC, P.O. Box 8101, San Luis Obispo, California 93409:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above by video-conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 30, 2015.

                                                  EDMUND F. BRENNAN
                                                  UNITED STATES MAGISTRATE JUDGE