Kamala D. Harris, State Bar No. 146672
Attorney General of California
Christopher J. Becker, State Bar No. 230529
Supervising Deputy Attorney General
Diana Esquivel, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-4928
 Facsimile:  (916) 324-5205
 E-mail:  Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Coyle, Dickinson, Duncan, Tapiz, Thumser, and Van Heerde*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS JOHN HEILMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**G.A. THUMSER, et al.,**<br><br>Defendants. | No. 2:11-cv-1907-MCE-EFB (PC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Thomas J. Heilman, Plaintiff pro se, and Defendants Coyle, Dickinson, Duncan, Tapiz, Thumser, and Van Heerde, through their attorneys of record, stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this action.

IT IS SO STIPULATED.

Dated:  August 17, 2015           Respectfully submitted,

*/s/ Thomas John Heilman*

Thomas John Heilman
*Plaintiff Pro Se*

Dated:  August 5, 2015           KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

In accordance with the parties' stipulation, and good cause appearing, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  August 20, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT